UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 25  P 12: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JIMMY FLORES, <br> RAPHAEL TORRES, and <br> FRANCISCO JIMINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> WAKEFIELD THERMAL SOLUTIONS, <br> INC., d/b/a WAKEFIELD ENGINEERING, <br><br> Defendant. | CIVIL ACTION NO. 05-10019-RWZ |

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, defendant Wakefield Thermal Solutions, Inc., d/b/a Wakefield Engineering and its counsel certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-- and various alternative courses--of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Steve E. Chupik
Vice President of Administration
Alpha Technologies Group, Inc.
d/b/a Wakefield Thermal Solutions, Inc.

_____
Christopher A. Kenney (BBO #556511)
Matthew C. Moschella (BBO #653885)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: January 18, 2005

{00048228.DOC /}

## CERTIFICATE OF SERVICE

    I certify that I served a true copy of this document upon all attorneys of record by hand/mail.

Dated:    1/25/05

{00048228.DOC /}