UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10019-RWZ

JIMMY FLORES
RAPHAEL TORRES AND
FRANCISCO JIMINEZ
    Plaintiffs

V.

WAKEFIELD THERMAL SOLUTIONS, INC
d/b/a WAKEFIELD ENGINEERING
    Defendant

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

    I, Chester L. Tennyson, Jr., hereby certify pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that I am counsel of record for the plaintiff and that I have had the responsibility for handling this litigation on the plaintiff's behalf since its inception. I have conferred with my client concerning a budget for the costs of conducting the full course of the litigation and for pursuing various alternative courses. I have also conferred with the plaintiff concerning the potential for resolving the litigation through the use of alternative dispute resolution programs such as those described in Local Rule 16.4.

                                           Chester L. Tennyson, Jr.
                                           49 Pleasant Street
                                           Weymouth, Ma. 02190
                                           (781) 340-1200
                                           BBO No. 494620

Dated: February 2, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record by mailing a copy hereof to:

Matthew C. Moschella, Esq.
Sherin and Lodgen, LLP
101 Federal Street
Boston, MA 02110

_____
Chester L. Tennyson, Jr.

Dated: February 2, 2005