UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIMMY FLORES, RAPHAEL TORRES, and FRANCISCO JIMINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> WAKEFIELD THERMAL SOLUTIONS, INC., d/b/a WAKEFIELD ENGINEERING, <br><br> Defendant. | ) ) ) ) ) ) ) ) CIVIL ACTION NO. 05-10019-RWZ ) ) ) ) ) ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendant submits its corporate disclosure statement.

Wakefield Thermal Solutions, Inc. ("Wakefield"), formally known as Wakefield Engineering, is a wholly owned subsidiary of Alpha Technologies Group, Inc., a publicly traded company. Wakefield is a corporation organized under the laws of Delaware.

        Respectfully submitted,
        Wakefield Thermal Solutions, Inc., d/b/a
        Wakefield Engineering,
        By its Attorneys,


        /s/ Matthew C. Moschella
        Christopher A. Kenney (BBO # 556511)
        Matthew C. Moschella (BBO #653885)
        Sherin and Lodgen LLP
        101 Federal Street
        Boston, MA 02110
        (617) 646-2000

Dated: February 9, 2005

2

**<u>CERTIFICATE OF SERVICE</u>**

  I certify that I served a true copy of this document upon all attorneys of record by hand/<u>mail</u>.

Dated:  <u>2/9/05</u>      <u>/s/ Matthew C. Moschella</u>

{00052661.PDF /}