UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIMMY FLORES, RAPHAEL TORRES, and FRANCISCO JIMINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> WAKEFIELD THERMAL SOLUTIONS, INC., d/b/a WAKEFIELD ENGINEERING, <br><br> Defendant. | CIVIL ACTION NO. 05-10019-RWZ |

## JOINT SCHEDULING STATEMENT

Pursuant to Local Rule 16.1(D), plaintiffs Jimmy Flores, Raphael Torres, and Francisco Jiminez and defendant Wakefield Thermal Solutions, Inc., d/b/a Wakefield Engineering submit this Joint Statement for the February 16, 2005 initial scheduling conference.

A.  **Proposed Pretrial Schedule**

   1. All fact discovery shall be completed by October 1, 2005.

   2. Any motions for summary judgment shall be filed by November 1, 2005.

   3. The plaintiffs shall disclose any expert witnesses by December 1, 2005.

   4. Defendant shall disclose any expert witnesses by January 1, 2006.

   5. All expert discovery shall be completed by March 1, 2006.

   6. The final pretrial conference shall be held during April of 2006.

   7. The trial of this matter shall take place in May of 2006.

The parties reserve the right to modify these dates with the Court's approval as needed based on issues that may arise during discovery.

**B.     Settlement**

The parties have discussed settlement but have not reached a negotiated settlement. The parties will continue such discussions throughout the case. At this point, the parties believe it is premature to participate in the Court's Alternative Dispute Resolution Program but may participate in such Program after initial discovery is taken.

**C.     Consent To Trial By Magistrate Judge**

The parties do not consent to Trial by Magistrate Judge at this time.

**D.     16.1 Certification**

The parties have previously filed their Certifications.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Jimmy Flores, Raphael Torres, | Wakefield Thermal Solutions, Inc., d/b/a |
| and Francisco Jiminez, | Wakefield Engineering, |
| By their attorney, | By its attorneys, |
| | |
| /s/ Chester L. Tennyson, Jr. (MCM) | /s/ Matthew C. Moschella |
| Chester L. Tennyson, Jr. (BBO #494620) | Christopher A. Kenney (BBO #556511) |
| 49 Pleasant Street | Matthew C. Moschella (BBO #653885) |
| Weymouth, MA 02190 | Sherin and Lodgen LLP |
| (781) 340-1200 | 101 Federal Street |
| | Boston, MA 02110 |
| | (617) 646-2000 |

Dated: February 15, 2005

{00049172.DOC /}

## CERTIFICATE OF SERVICE

    I certify that on this date I served a true copy of this document upon all attorneys of record by hand/<u>mail</u>.

Dated: <u>2/15/05</u>                        <u>/s/ Matthew C. Moschella</u>