UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JIMMY FLORES, <br> RAPHAEL TORRES, and <br> FRANCISCO JIMINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> WAKEFIELD THERMAL SOLUTIONS, <br> INC., d/b/a WAKEFIELD ENGINEERING, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-10019-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Defendant Wakefield Thermal Solutions, Inc. ("Wakefield"), formally known as Wakefield Engineering, submits its Supplemental Corporate Disclosure Statement pursuant to LR 7.3.

Alpha Technologies Group, Inc. no longer owns Wakefield. Wakefield no longer has a parent corporation and no publicly held company owns 10% or more of Wakefield's stock. Wakefield is still incorporated under the laws of Delaware.

                                                                               Respectfully submitted,
Wakefield Thermal Solutions, Inc., d/b/a
Wakefield Engineering,
By its Attorneys,

/s/Matthew C. Moschella
Christopher A. Kenney (BBO # 556511)
Matthew C. Moschella (BBO # 653885)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: March 14, 2005

2

## **CERTIFICATE OF SERVICE**

      I certify that I served a true copy of this document upon all attorneys of record by hand/<u>mail</u>.

Dated: <u>March 14, 2005</u>                    <u>/s/Matthew C. Moschella</u>

2