UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIMMY FLORES, RAPHAEL TORRES, and FRANCISCO JIMINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> WAKEFIELD THERMAL SOLUTIONS, INC., d/b/a WAKEFIELD ENGINEERING, <br><br> Defendant. | CIVIL ACTION NO. 05-10019-RWZ |

### **STIPULATION OF DISMISSAL AS TO JIMMY FLORES' CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate that all claims brought by plaintiff Jimmy Flores in this action are hereby dismissed, without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| WAKEFIELD THERMAL SOLUTIONS, INC., d/b/a WAKEFIELD ENGINEERING, By their attorneys, | JIMMY FLORES, By his attorneys, |
| /s/ Matthew C. Moschella | /s/ Chester L. Tennyson (MCM) |
| Christopher A. Kenney BBO #556511 <br> Matthew C. Moschella BBO #653885 <br> Sherin and Lodgen LLP <br> 101 Federal Street <br> Boston, MA 02110 <br> (617) 646-2000 | Chester L. Tennyson, Jr. BBO #494620 <br> 49 Pleasant Street <br> Weymouth, MA 02190 <br> (781) 340-1200 |

00064287.DOC /

- 2 -

## **CERTIFICATE OF SERVICE**

     I certify that I served a true copy of this document upon all attorneys of record by hand/<u>mail</u>.

Dated:  <u>5/10/05</u>                                              <u>Matthew C. Moschella</u>