UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIMMY FLORES, <br> RAPHAEL TORRES, and <br> FRANCISCO JIMINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> WAKEFIELD THERMAL SOLUTIONS, <br> INC., d/b/a WAKEFIELD ENGINEERING, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-10019-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE

The parties jointly move to extend the discovery deadline to August 19, 2005. In support of this Motion, the parties state that they have been working cooperatively and in good faith to complete necessary discovery, but due to scheduling conflicts, require a short extension of time to fully complete discovery. The depositions of both of the remaining plaintiffs have been partially taken but were suspended due to time constraints. The parties are in the process of rescheduling the completion of those depositions as well as the deposition of the defendant. The current discovery deadline expires on June 30, 2005 and based on recent discussions, the parties do not anticipate being able to complete these depositions and any other necessary discovery by the deadline.

No trial date has been scheduled and no party will be prejudiced by the allowance of this Motion. For these reasons, the parties jointly request that the Court extend the discovery deadline to August 19, 2005.

00068883.DOC /

- 2 -

Respectfully submitted,

| WAKEFIELD THERMAL SOLUTIONS, INC. d/b/a WAKEFIELD ENGINEERING<br>By their attorneys, | RAPHAEL TORRES and FRANCISCO JIMINEZ<br>By their attorney, |
|---|---|
| /s/ Matthew C. Moschella<br>Christopher A. Kenney BBO #556511<br>Matthew C. Moschella BBO #653885<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000 | /s/ Chester L. Tennyson (MCM)<br>Chester L. Tennyson, Jr. BBO #494620<br>49 Pleasant Street<br>Weymouth, MA 02190<br>(781) 341-1200 |

### CERTIFICATE OF SERVICE

I certify that I served a true copy of this document by hand/mail upon all attorneys of record.

Dated: 6/3/05                                    Matthew C. Moschella