UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIMMY FLORES, RAPHAEL TORRES, and FRANCISCO JIMINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> WAKEFIELD THERMAL SOLUTIONS, INC., d/b/a WAKEFIELD ENGINEERING, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 05-10019-RWZ |

## SECOND JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE

The parties jointly move to extend the discovery deadline to October 11, 2005. In support of this Motion, the parties state that they have been working cooperatively and in good faith to complete necessary discovery. The initial discovery period was only four months, and was extended for an additional two months. The current discovery deadline expires on August 19, 2005.

Due to scheduling conflicts, the parties require a short extension of time to fully complete discovery. The depositions of both of the remaining plaintiffs had to be suspended due to time constraints. The deposition of plaintiff Francisco Jiminez was recently completed and the deposition of the second remaining plaintiff, Raphael Torres, was completed yesterday, August 16, 2005. The Rule 30(b)(6) deposition of Wakefield was started yesterday but was suspended based on the plaintiffs' need to inquire into additional areas.

00078876.DOC / 2

- 2 -

Based on the testimony of Mr. Jiminez, Mr. Torres, and Wakefield, the parties need to conduct follow-up discovery on several issues. Wakefield also plans to propound Requests for Admissions to the plaintiffs in preparation for filing a motion for summary judgment.

No trial date has been scheduled and no party will be prejudiced by the allowance of this Motion. For these reasons, the parties jointly request that the Court extend the discovery deadline to October 11, 2005.

Respectfully submitted,

| WAKEFIELD THERMAL SOLUTIONS, INC. d/b/a WAKEFIELD ENGINEERING By their attorneys, | RAPHAEL TORRES and FRANCISCO JIMINEZ By their attorney, |
|---|---|
| /s/Matthew C. Moschella<br>Christopher A. Kenney BBO #556511<br>Matthew C. Moschella BBO #653885<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000 | /s/Chester L. Tennyson, Jr. (MCM)<br>Chester L. Tennyson, Jr. BBO #494620<br>1001 Hingham Street, Suite 301<br>Rockland, MA 02370<br>(781) 871-0100 |

## CERTIFICATE OF SERVICE

I certify that I served a true copy of this document by hand/mail upon all attorneys of record.

Dated: 8/17/05                                    /s/Matthew C. Moschella

- 2 -

00078876.DOC / 2