UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIMMY FLORES, RAPHAEL TORRES, and FRANCISCO JIMINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> WAKEFIELD THERMAL SOLUTIONS, INC., d/b/a WAKEFIELD ENGINEERING, <br><br> Defendant. | CIVIL ACTION NO. 05-10019-RWZ |

## JOINT SCHEDULING STATEMENT

Pursuant to Local Rule 16.3, plaintiffs Raphael Torres and Francisco Jiminez and defendant Wakefield Thermal Solutions, Inc., d/b/a Wakefield Engineering ("Wakefield") submit this Joint Scheduling Statement for the October 25, 2005 status conference.

A.  **Case Status**

Plaintiff Jimmy Flores voluntarily dismissed all his claims against Wakefield on or about May 12, 2005. Fact discovery ended on October 11, 2005. The parties are working cooperatively to promptly complete a few follow-up written requests Wakefield propounded to the plaintiffs concerning issues that arose during their depositions. The parties anticipate completing such follow-up discovery by November 1, 2005.

Wakefield intends to file a Motion for Summary Judgment on all counts brought by both plaintiffs.

00087008.DOC /

B. **Proposed Pretrial Scheduling**

The parties propose the following pretrial schedule:

1. any motion(s) for summary judgment shall be filed by December 15, 2005;

2. any opposition to such motion(s) shall be filed by January 16, 2006;

3. the plaintiff shall disclose any expert(s) by March 1, 2006;

4. the defendant shall disclose any expert(s) by April 3, 2006; and

5. all expert discovery shall be completed by June 6, 2006.

An additional status conference can be scheduled, if necessary, after the Court rules on any motion(s) for summary judgment.

C. **Settlement**

Jimmy Flores voluntarily dismissed all his claims against Wakefield. The remaining plaintiffs have not made any settlement demand on their claims, which will be the subject of Wakefield's Motion for Summary Judgment. The parties do not agree to participate in the Court's Alternative Dispute Resolution program at this time, but may elect to do so in the future.

D. **Consent To Trial By Magistrate Judge**

The parties do not consent to Trial by Magistrate Judge at this time.

00087008.DOC /

Respectfully submitted,

| | |
|---|---|
| RAPHAEL TORRES and<br>FRANCISCO JIMINEZ<br>By their attorney, | WAKEFIELD THERMAL SOLUTIONS,<br>INC., d/b/a WAKEFIELD<br>ENGINEERING,<br>By its attorneys, |
| /s/ Chester L. Tennyson (MCM)<br>Chester L. Tennyson, Jr. BBO #494620<br>1001 Hingham Street<br>Rockland, MA 02370<br>(781) 871-0100 | /s/ Matthew C. Moschella<br>Christopher A. Kenney BBO #556511<br>Matthew C. Moschella BBO #653885<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000 |

### CERTIFICATE OF SERVICE

I certify that I served a true copy of this document upon all attorneys of record by facsimile and mail.

Dated: October 24, 2005                                                     /s/ Matthew C. Moschella

3

00087008.DOC /