**Sherin AND Lodgen LLP**
Legal Precision and Innovation

Counsellors at Law
101 Federal Street  Boston, MA 02110
T: 617.646.2000  F: 617.646.2222
www.sherin.com

Matthew C. Moschella
617.646.2245
mcmoschella@sherin.com

December 23, 2005

Ms. Lisa Urso
Courtroom Deputy to the Honorable Rya W. Zobel
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

   Re: Flores, et al. v. Wakefield Thermal Solutions, Inc., d/b/a Wakefield Engineering,
     U.S.D.C. Civil Action No. 05-10019-RWZ

Dear Ms. Urso:

  Wakefield will not be filing a Motion for Summary Judgment in this matter. Accordingly, please cancel the summary judgment hearing scheduled for January 31, 2006. We will be mediating this dispute privately on February 2, 2006 and will notify the court of the outcome as soon as the mediation proceedings conclude.

  Thank you for your assistance.

              Very truly yours,

              *[signature]*

              Matthew C. Moschella

MCM:car

cc: Christopher A. Kenney, Esq.
   Chester L. Tennyson, Jr., Esq.

00095294.DOC /