

Counsellors at Law
101 Federal Street  Boston, MA 02110
T: 617.646.2000  F: 617.646.2222
www.sherin.com

Matthew C. Moschella
617.646.2245
mcmoschella@sherin.com

March 10, 2006

**VIA ELECTRONIC FILING**
Ms. Lisa Urso
Courtroom Deputy to the Honorable Rya W. Zobel
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Flores, et al. v. Wakefield Thermal Solutions, Inc., d/b/a Wakefield Engineering, U.S.D.C. Civil Action No. 05-10019-RWZ

Dear Ms. Urso:

The parties reached a negotiated settlement after a private mediation earlier this week. Accordingly, please enter a thirty (30) day Order of Dismissal.

Thank you.

Very truly yours,

Matthew C. Moschella

MCM:car

cc:   Christopher A. Kenney, Esq.
      Chester L. Tennyson, Jr., Esq.

00105838.DOC /