UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIMMY FLORES,<br>RAPHAEL TORRES, and<br>FRANCISCO JIMINEZ,<br>    Plaintiffs,<br><br>v.<br><br>WAKEFIELD THERMAL SOLUTIONS,<br>INC., d/b/a WAKEFIELD ENGINEERING,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10019-RWZ<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate that all claims brought by plaintiffs Raphael Torres and Francisco Jiminez in this action are hereby dismissed, with prejudice, with each party to bear its own attorneys' fees and costs and with all rights of appeal waived.

| | |
|---|---|
| RAPHAEL TORRES AND<br>FRANCISCO JIMINEZ<br>By their attorney,<br><br>/s/ Chester L. Tennyson (MCM)<br>Chester L. Tennyson BBO #494620<br>1001 Hingham Street<br>Rockland, MA 02370<br>(781) 871-0100 | WAKEFIELD THERMAL SOLUTIONS,<br>INC. d/b/a WAKEFIELD ENGINEERING<br>By its attorneys,<br><br>/s/ Matthew C. Moschella<br>Christopher A. Kenney BBO #556511<br>Matthew C. Moschella BBO #653885<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>(617) 646-2000 |